# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK D. ROBINSON,** | ) | |
| | ) | **Case No. 1:06-CV-00468** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **JULIUS WILSON,** | ) | **Magistrate Judge** |
| | ) | **William H. Baughman, Jr.** |
| Respondent. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |

In March, 2006, Derrick D. Robinson filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 1]. The case was referred to Magistrate Judge Baughman for a Report and Recommendation (R&R). On October 20, 2008, Robinson died [Doc. 17]. On December 10, 2008 the R&R was filed, recommending that his petition be dismissed as moot [Doc. 18]. Neither party has filed an objection to the R&R. Accordingly, this court adopts the R&R in its entirety, and for the reasons stated therein, dismisses Robinson's petition as moot.

Because the parties have failed to file objections, they have waived their rights to appellate review. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

                                                               */s/ Ann Aldrich*
                                                               ANN ALDRICH
                                                               UNITED STATES DISTRICT JUDGE

**Dated: January 7, 2009**